# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOHN J. CARROLL,<br>      Plaintiff,<br><br>v.<br><br>DR. INDER GUJRAL, et al,<br>      Defendant(s), | Civil Action No. 7:18-cv-00237<br><br>**OPINION**<br><br>By: James P. Jones<br>United States District Judge |

    Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered November 28, 2018, the court directed plaintiff to submit within 10 days from the date of the Order the full filing fee or complete an application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This 12th day of December, 2018.

                                                     /s/James P. Jones<br>
                                                   United States District Judge